1 **JASON G. REVZIN**
Nevada Bar No. 008629
2 jason.revzin@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
3 6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
4 (702) 893-3383
(702) 893-3789 Fax
5 *Counsel for Trans Union LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ROSHONDA MAYFIELD,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK, N.A., JPMORGAN CHASE BANK, N.A., EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, and TRANS UNION, LLC,<br><br>Defendants. | Case No. 2:17-cv-03097-RFB-PAL<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

Plaintiff Roshonda Mayfield ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On December 21, 2017, Plaintiff filed her Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is January 12, 2018. Trans Union is in need of additional time to investigate Plaintiff's claims and respond to the allegations and details in Plaintiff's Complaint. Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including February 12,

/ / /

/ / /

2018. This is the first stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint.

DATED: January 11, 2018

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

 /s/ Jason G. Revzin
Jason G. Revzin
Nevada Bar No. 8629
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
Email: Jason.revzin@lewisbrisbois.com
Counsel for Trans Union LLC


**PAYNE LAW FIRM LLC**

 /s/ Sean N. Payne
Sean N. Payne
Nevada Bar No. 13216
9550 S. Eastern Ave., Suite 253-A213
Las Vegas, NV 89123
Telephone: (702) 952-5554
Facsimile: (702) 462-7227
Email: seanpayne@spaynelaw.com
Counsel for Plaintiff

## **ORDER**

IT IS SO ORDERED.

Dated this 17th day of January, 2018.

_____
UNITED STATES MAGISTRATE JUDGE