JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: bundickj@gtlaw.com

*Counsel for Defendant*
*JPMorgan Chase Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROSHONDA MAYFIELD, | Case No.: 2:17-cv-03097-RFB-PAL |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT JPMORGAN CHASE BANK, N.A. TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** |
| CAPITAL ONE BANK, N.A.; JPMORGAN CHASE BANK, N.A.; EXPERIAN INFORMATION SOLUTIONS, INC; EQUIFAX INFORMATION SERVICES, LLC; and TRANS UNION, LLC, | |
| | **[FIRST REQUEST]** |
| Defendants. | |

Defendant, JPMorgan Chase Bank, N.A. ("JPMC"), by and through its undersigned counsel of record, and Plaintiff, Roshonda Mayfield, by and through her undersigned counsel of record, hereby stipulate and agree to extend the time for JPMC to file an answer or other responsive pleading to Plaintiff's Complaint up to and including February 15, 2018.

/ / /

CHI 68914266v1

Greenberg Traurig, LLP
Suite 400 North, 3773 Howard Hughes Parkway
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)

Greenberg Traurig, LLP
Suite 400 North, 3773 Howard Hughes Parkway
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)

1       Good cause supports this request for extension as counsel for JPMC has just been retained

2   and requires additional time to investigate Plaintiff's claims and respond to the allegations and

3   details in Plaintiff's Complaint.

4       **IT IS SO STIPULATED.**

5   DATED this 25th day of January, 2018.      DATED this 25th day of January, 2018.

6   GREENBERG TRAURIG, LLP      PAYNE LAW FIRM LLC

7

8   */s/ Jacob D. Bundick, Esq.*      */s/ Sean N. Payne, Esq.*
    JACOB D. BUNDICK, ESQ. (NBN: 9772)    SEAN N. PAYNE, ESQ. (NBN: 13216)

9   3773 Howard Hughes Parkway, Suite 400N    9550 S. Eastern Avenue, Suite 253-A213
    Las Vegas, NV 89169      Las Vegas, NV 89123

10

11  *Counsel for Defendant*      DAVID H. KRIEGER, ESQ. (NBN: 9086)
    *JPMorgan Chase Bank, N.A.*      HAINES & KRIEGER, LLC

12       8985 S. Eastern Avenue, Suite 350
         Henderson, NV 89123

13

14       MATTHEW I. KNEPPER, ESQ. (NBN: 12796)
         MILES N. CLARK, ESQ. (NBN: 13848)

15       KNEPPER & CLARK LLC
         10040 W. Cheyenne Avenue, Suite 170-109

16       Las Vegas, NV 89129

17       *Counsel for Plaintiff*
         *Roshonda Mayfield*

18

19

20

21                                      **ORDER**

22  **IT IS SO ORDERED.**

23      DATED this 29th day of January, 2018.

24

25                             UNITED STATES DISTRICT JUDGE /

26                             UNITED STATES MAGISTRATE JUDGE

27

28

CHI 68914266v1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Greenberg Traurig, LLP
Suite 400 North, 3773 Howard Hughes Parkway
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of January, 2018, a true and correct copy of the foregoing **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT JPMORGAN CHASE BANK, N.A. TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT [FIRST REQUEST]** was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties by operation of the Court's CM/ECF system, and parties may access this filing through the Court's CM/ECF system.

*/s/ Shayna Noyce*
An employee of Greenberg Traurig, LLP

*CHI 68914266v1*

Page 3