**FERNALD LAW GROUP**
Brandon C. Fernald (SBN 10582)
brandon.fernald@fernaldlawgroup.com
6236 Laredo Street
Las Vegas, NV 89146
Tel: (702) 410-7500
Fax: (702) 410-7520

Attorneys for Defendant,
CAPITAL ONE BANK (USA), N.A.

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROSHONDA MAYFIELD,<br><br>Plaintiff,<br><br>vs.<br><br>CAPITAL ONE BANK, N.A.; JPMORGAN CHASE BANK, N.A.; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; AND TRANS UNION, LLC,<br><br>Defendants. | Case No. 2:17-cv-03097-RFB-PAL<br>*Assigned to The Honorable Richard F. Boulware, II; Referred to Magistrate Judge Peggy A. Leon*<br><br>**STIPULATION TO EXTEND DEFENDANT CAPITAL ONE BANK (USA), N.A.'S RESPONSIVE PLEADING DEADLINE**<br><br>**(FIRST REQUEST)**<br><br>[*[Proposed] Order lodged concurrently herewith*]<br><br>Complaint Filed: December 21, 2017<br>Trial Date: TBD |

Plaintiff Roshonda Mayfield ("Plaintiff"), by and through her counsel of record, and Defendant Capital One Bank (USA), N.A., incorrectly named as "Capital One Bank, N.A." ("Capital One"), by and through its counsel of record, hereby submit this stipulation to extend Capital One's time to file a responsive pleading to Plaintiff's Complaint to February 16, 2018:

**WHEREAS:**

1. Plaintiff filed the Complaint in this matter on Thursday, December 21, 2017;

2. Plaintiff served Capital One with the Complaint on Friday, December 29, 2017, such that Capital One's initial responsive pleading deadline was Friday, January 19, 2018;

3. The Parties agreed that good cause existed to extend Capital One's responsive pleading deadline to February 16, 2018 to allow Capital One to investigate Plaintiff's claims in order to discuss the potential for an early resolution with Plaintiff prior to incurring the fees associated with drafting a responsive pleading; and

4. The Parties further agreed to schedule a Rule 26(f) conference on February 9, 2018 despite the agreed upon responsive pleading deadline.  Therefore, the extended responsive pleading deadline will not cause any undue prejudice or delay in the action.

**NOW, THEREFORE, IT IS HEREBY STIPULATED THAT:**

Capital One will file its responsive pleading to Plaintiff's Complaint on or before February 7, 2018.

**IT IS SO STIPULATED.**

DATED: February 7, 2018         **FERNALD LAW GROUP**

                                By: /s/ *Brandon C. Fernald*
                                    BRANDON C. FERNALD
                                    Attorneys for Defendant
                                    CAPITAL ONE BANK (USA), N.A.

| | | |
|---|---|---|
| DATED: February 7, 2018 | | **PAYNE LAW FIRM LLC** |
| | | By: /s/ *Sean N. Payne* |
| | | SEAN N. PAYNE |
| | | Attorneys for Plaintiff |
| | | ROSHONDA MAYFIELD |

### **ORDER**

The Court has reviewed the Stipulation filed by Plaintiff Roshonda Mayfield and Defendant Capital One Bank (USA), N.A. ("Capital One") to extend Capital One's time to file a responsive pleading deadline to February 16, 2018. The Stipulation is incorporated herein by reference. Good cause appearing thereon, the Court hereby orders as follows:

Capital One's time to file a responsive pleading to the Complaint is hereby extended. Capital One shall file its responsive pleading to the Complaint on or before February 16, 2018.

**IT IS SO ORDERED.**

DATED: February 9, 2018

United States Magistrate Judge