1  Bradley T. Austin, Esq.
   Nevada Bar No. 13064
2  SNELL & WILMER L.L.P.
3  3883 Howard Hughes Parkway, Suite 1100
   Las Vegas, Nevada 89169
4  Telephone: (702) 784-5200
   Facsimile: (702) 784-5252
5  baustin@swlaw.com

6  *Attorneys for Defendant*
   *Equifax Information Services LLC*
7

8                 **UNITED STATES DISTRICT COURT**

9                      **DISTRICT OF NEVADA**

10  ROSHONDA MAYFIELD,                    )  **Case No. 2:17-cv-03097-RFB-PAL**
                                          )
11                        Plaintiff,      )  **STIPULATION OF EXTENSION OF**
                                          )  **TIME FOR DEFENDANT EQUIFAX**
12  vs.                                   )  **INFORMATION SERVICES LLC TO**
                                          )  **FILE ANSWER**
13  CAPITAL ONE BANK, N.A.; JPMORGAN      )
    CHASE BANK, N.A.; EXPERIAN            )
14  INFORMATION SOLUTIONS, INC.;          )  **(SECOND REQUEST)**
15  EQUIFAX INFORMATION SERVICES LLC;     )
    and TRANS UNION, LLC,                 )
16                                        )
                                          )
17                        Defendants.     )

18

19       Defendant Equifax Information Services LLC ("Equifax") has requested an additional

20  extension of time to answer, move, or otherwise respond to the Complaint in this matter, to which

21  Plaintiff Roshonda Mayfield has no opposition.  Accordingly, pursuant to LR IA 6-2, IT IS

22  HEREBY STIPULATED AND AGREED to by and among counsel, that Equifax's time to

23  answer, move or otherwise respond to the Complaint in this action is extended from February 12,

24  2018 through and including **February 26, 2018**.  The additional time to respond to the Complaint

25  is intended to facilitate settlement discussions.  This stipulation is filed in good faith and not

26  intended to cause delay.

27  ///

28  ///

*Snell & Wilmer*
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

Respectfully submitted this 12th day of February, 2018.

SNELL & WILMER LLP

By: /s/ Bradley Austin
    Bradley T. Austin
    Nevada Bar No. 13064
    3883 Howard Hughes Pkwy
    Suite 1100
    Las Vegas, NV 89169
    Tel: 702-784-5200
    Fax: 702-784-5252
    Email: baustin@swlaw.com

*Attorneys for Defendant Equifax*
*Information Services, LLC*

 /s/ Sean Payne
Sean N. Payne, Esq.
Nevada Bar No. 13216
Payne Law Firm LLC
9550 S. Eastern Ave., Suite 253-A213
Las Vegas, NV 89123
Phone: (702) 952-2733
Fax: (702) 462-7227

 /s/ David Krieger
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

United States Magistrate Judge

DATED:   February 15, 2018

4817-6172-0669

- 2 -