Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Sean N. Payne, Esq.
Nevada Bar No. 13216
PAYNE LAW FIRM LLC
9550 S. Eastern Ave., Suite 253-A213
Las Vegas, NV 89123
Phone: (702) 952-2733
FAX: (702) 462-7227
Email: seanpayne@spaynelaw.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ROSHONDA MAYFIELD, <br><br> Plaintiff, <br><br> v. <br><br> CAPITAL ONE BANK, N.A.; JPMORGAN CHASE BANK, N.A.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION, LLC, <br><br> Defendants. | Case No. 2:17-cv-03097-RFB-PAL <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS TO PLEAD OR RESPOND TO MOTION TO DISMISS** <br><br> **(FIRST REQUEST)** |

1

Plaintiff Roshonda Mayfield ("Plaintiffs"), by and through her counsel of record, and Defendant JPMorgan Chase Bank, N.A. ("Chase") have agreed and stipulated to the following:

1. On December 21, 2017, Plaintiff filed her Complaint alleging, *inter alia*, claims against Chase. (ECF No. 1).

2. On February 15, 2018, Chase filed a Motion to Dismiss Plaintiff's Complaint. (ECF No. 19.)

3. Plaintiff's deadline to plead or otherwise respond is March 1, 2018.

4. Plaintiff and Chase have stipulated to allow Plaintiff an additional two weeks to file her response to Chase's Motion to Dismiss in order to facilitate further communications between Plaintiff and Chase while the parties are pursuing in good-faith a potential resolution of Plaintiff's claims against Chase. This is the first request for an extension of time for Plaintiff's March 1, 2018 deadline.

//

//

//

//

//

//

//

//

//

//

//

//

//

1  The Parties accordingly request an extension for Plaintiff to respond to Chase's Motion to Dismiss
2  Plaintiff's Complaint until **March 15, 2018**.
3      IT IS SO STIPULATED.
4      Dated March 1, 2018

| */s/ Sean N. Payne* <br> Sean N. Payne, Esq. <br> Nevada Bar No. 13216 <br> PAYNE LAW FIRM LLC <br><br> Matthew I. Knepper, Esq. <br> Nevada Bar No. 12796 <br> Miles N. Clark, Esq. <br> Nevada Bar No. 13848 <br> KNEPPER & CLARK LLC <br><br> David H. Krieger, Esq. <br> Nevada Bar No. 9086 <br> HAINES & KRIEGER, LLC <br> *Attorneys for Plaintiff* | /s/ *Jacob D. Bundick* <br> Jacob D. Bundick <br> Nevada Bar No. 9772 <br> GREENBERG TRAURIG, LLP <br><br> *Attorneys for Defendant JPMorgan Chase Bank, N.A.* |
|---|---|

## ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: March 2, 2018