Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Sean N. Payne, Esq.
Nevada Bar No. 13216
PAYNE LAW FIRM LLC
9550 S. Eastern Ave., Suite 253-A213
Las Vegas, NV 89123
Phone: (702) 952-2733
FAX: (702) 462-7227
Email: seanpayne@spaynelaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ROSHONDA MAYFIELD,<br><br>Plaintiffs,<br><br>v.<br><br>CAPITAL ONE BANK, N.A.; JPMORGAN CHASE BANK, N.A.; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; and TRANS UNION, LLC,<br><br>Defendants. | Case No. 2:17-cv-03097-RFB-PAL<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT CAPITAL ONE BANK (USA), N.A. PURSUANT TO FRCP 41(A)(1)(A)(II)** |

1  PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of Defendant Capital One Bank (USA), N.A., erroneously sued as "Capital One Bank, N.A.," from the above captioned action, with prejudice. Each party will bear their own fees and costs.

IT IS SO STIPULATED,

Dated March 19, 2018

| /s/ Sean N. Payne<br>Sean N. Payne, Esq.<br>PAYNE LAW FIRM LLC<br><br>Matthew I. Knepper, Esq.<br>Miles N. Clark, Esq.<br>KNEPPER & CLARK LLC<br><br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br><br>*Attorneys for Plaintiff* | /s/ Jennifer L. Braster<br>Jennifer L Braster, Esq.<br>Nevada Bar No. 9982<br>NAYLOR & BRASTER<br><br>*Attorneys for Defendant Experian Information Solutions, Inc.* |
|---|---|
| /s/ Jacob D. Bundick<br>Jacob D. Bundick<br>Nevada Bar No. 9772<br>GREENBERG TRAURIG, LLP<br>3773 Howard Hughes Parkway, Suite 400N<br>Las Vegas, NV 89169<br><br>*Attorneys for Defendant JPMorgan Chase Bank, N.A.* | /s/ Bradley T. Austin<br>Bradley T. Austin, Esq.<br>Nevada Bar No. 13064<br>SNELL & WILMER LLP<br><br>*Attorneys for Defendant Equifax Information Services LLC* |
| /s/ Brandon C. Fernald<br>Brandon C. Fernald, Esq.<br>Nevada Bar No. 10582<br>FERNALD LAW GROUP<br><br>*Attorneys for Defendant Capital One Bank (USA), N.A.* | /s/ Jason G. Revzin<br>Jason G. Revzin, Esq.<br>Nevada Bar No. 8629<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br><br>*Attorneys for Defendant Trans Union LLC* |

**ORDER**

**IT IS SO ORDERED.**

DATED: March 21, 2018.

_____
RICHARD F. BOULWARE, II
United States District Court