JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: bundickj@gtlaw.com

*Counsel for Defendant*
*JPMorgan Chase Bank, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROSHONDA MAYFIELD,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK, N.A.; JPMORGAN CHASE BANK, N.A.; EXPERIAN INFORMATION SOLUTIONS, INC; EQUIFAX INFORMATION SERVICES, LLC; and TRANS UNION, LLC,<br><br>Defendants. | Case No.: 2:17-cv-03097-RFB-PAL<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT JPMORGAN CHASE BANK, N.A. TO FILE A REPLY IN SUPPORT OF ITS MOTION TO STAY DISCOVERY PENDING RULING ON ITS MOTION TO DISMISS**<br><br>**[FIRST REQUEST]** |

Defendant, JPMorgan Chase Bank, N.A. ("JPMC"), by and through its undersigned counsel of record, and Plaintiff, Roshonda Mayfield ("Plaintiff") (collectively, the "Parties"), by and through her undersigned counsel of record, hereby stipulate and agree as follows:

1. On March 2, 2018, JPMC filed a Motion to Stay Discovery Pending Ruling on its Motion to Dismiss ("Motion to Stay Discovery") [ECF No. 30].

2. On March 16, 2018, Plaintiff filed her response to JPMC's Motion to Stay Discovery [ECF No. 32].

3. JPMC's deadline to file its reply in support of its Motion to Stay Discovery is March 23, 2018.

4. Plaintiff and JPMC have stipulated to allow JPMC additional time to file its reply in support of its Motion to Stay Discovery in order to facilitate further communications between Plaintiff and JPMC while the Parties are pursuing in good-faith a potential resolution of Plaintiff's claims against JPMC. This is the first request for an extension of time of JPMC's March 23, 2018 deadline.

The Parties accordingly request an extension for JPMC to file its reply in support of its Motion to Stay Discovery up to and including **March 27, 2018**.

**IT IS SO STIPULATED.**

DATED this 21st day of March, 2018.

GREENBERG TRAURIG, LLP

*/s/ Jacob D. Bundick, Esq.*
JACOB D. BUNDICK, ESQ. (NBN: 9772)
3773 Howard Hughes Parkway, Suite 400N
Las Vegas, NV 89169

*Counsel for Defendant*
*JPMorgan Chase Bank, N.A.*

DATED this 21st day of March, 2018.

PAYNE LAW FIRM LLC

*/s/ Sean N. Payne, Esq.*
SEAN N. PAYNE, ESQ. (NBN: 13216)
9550 S. Eastern Avenue, Suite 253-A213
Las Vegas, NV 89123

DAVID H. KRIEGER, ESQ. (NBN: 9086)
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123

MATTHEW I. KNEPPER, ESQ. (NBN: 12796)
MILES N. CLARK, ESQ. (NBN: 13848)
KNEPPER & CLARK LLC
10040 W. Cheyenne Avenue, Suite 170-109
Las Vegas, NV 89129

*Counsel for Plaintiff*
*Roshonda Mayfield*

**IT IS SO ORDERED** this 23rd day of March, 2018.

UNITED STATES DISTRICT JUDGE /
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of March, 2018, a true and correct copy of the foregoing **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT JPMORGAN CHASE BANK, N.A. TO FILE A REPLY IN SUPPORT OF ITS MOTION TO STAY DISCOVERY PENDING RULING ON ITS MOTION TO DISMISS [FIRST REQUEST]** was filed electronically via the Court's CM/ECF system.  Notice of filing will be served on all parties by operation of the Court's CM/ECF system, and parties may access this filing through the Court's CM/ECF system.

*/s/ Shayna Noyce*
An employee of Greenberg Traurig, LLP

Greenberg Traurig, LLP
Suite 400 North, 3773 Howard Hughes Parkway
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)

CHI 69069315v1

Page 3