1  JACOB D. BUNDICK, ESQ.
   Nevada Bar No. 9772
2  GREENBERG TRAURIG, LLP
   3773 Howard Hughes Parkway
3  Suite 400 North
   Las Vegas, Nevada 89169
4  Telephone: (702) 792-3773
   Facsimile: (702) 792-9002
5  Email: bundickj@gtlaw.com

6
   *Counsel for Defendant*
7  *JPMorgan Chase Bank, N.A.*

8                    **UNITED STATES DISTRICT COURT**

9                         **DISTRICT OF NEVADA**

10
   ROSHONDA MAYFIELD,                    Case No.: 2:17-cv-03097-RFB-PAL
11
                          Plaintiff,
12
   v.                                    **STIPULATION AND ORDER FOR**
13                                        **EXTENSION OF TIME FOR**
   CAPITAL ONE BANK, N.A.; JPMORGAN      **DEFENDANT JPMORGAN CHASE**
14 CHASE BANK, N.A.; EXPERIAN            **BANK, N.A. TO FILE A REPLY IN**
   INFORMATION SOLUTIONS, INC;           **SUPPORT OF ITS MOTION TO**
15 EQUIFAX INFORMATION SERVICES,         **DISMISS PLAINTIFF'S COMPLAINT**
   LLC; and TRANS UNION, LLC,
16                                        **[FIRST REQUEST]**
                          Defendants.
17

18        Defendant, JPMorgan Chase Bank, N.A. ("JPMC"), by and through its undersigned counsel

19 of record, and Plaintiff, Roshonda Mayfield ("Plaintiff") (collectively, the "Parties"), by and

20 through her undersigned counsel of record, hereby stipulate and agree as follows:

21        1.      On December 21, 2017, Plaintiff filed her Complaint alleging, *inter alia*, claims

22 against JPMC [ECF No. 1].

23        2.      On February 15, 2018, JPMC filed a Motion to Dismiss Plaintiff's Complaint [ECF

24 No. 19].

25        3.      On March 1, 2018, the Parties filed a Stipulation for Extension of Time for Plaintiff

26 to file a response to JPMC's Motion to Dismiss [ECF No. 28].  The Stipulation was granted on

27 March 2, 2018, which set the deadline for Plaintiff to file a response to JPMC's Motion to Dismiss

28 up to and including March 15, 2018 [ECF No. 29].

CHI 69069184v1

Greenberg Traurig, LLP
Suite 400 North, 3773 Howard Hughes Parkway
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)

1      4.    On March 15, 2018, Plaintiff filed her response to JPMC's Motion to Dismiss

2  [ECF No. 31].

3      5.    JPMC's deadline to file its reply in support of its Motion to Dismiss is March 22, 2018.

4      6.    Plaintiff and JPMC have stipulated to allow JPMC additional time to file its reply in

5  support of its Motion to Dismiss in order to facilitate further communications between Plaintiff and

6  JPMC while the Parties are pursuing in good-faith a potential resolution of Plaintiff's claims against

7  JPMC. This is the first request for an extension of time of JPMC's March 22, 2018 deadline.

8      The Parties accordingly request an extension for JPMC to file its reply in support of its

9  Motion to Dismiss Plaintiff's Complaint up to and including **March 30, 2018**.

10      **IT IS SO STIPULATED.**

11  DATED this 21st day of March, 2018.    DATED this 21st day of March, 2018.

12  GREENBERG TRAURIG, LLP    PAYNE LAW FIRM LLC

13  */s/ Jacob D. Bundick, Esq.*    */s/ Sean N. Payne, Esq.*

14  JACOB D. BUNDICK, ESQ. (NBN: 9772)    SEAN N. PAYNE, ESQ. (NBN: 13216)
3773 Howard Hughes Parkway, Suite 400N    9550 S. Eastern Avenue, Suite 253-A213

15  Las Vegas, NV 89169    Las Vegas, NV 89123

16  *Counsel for Defendant*    DAVID H. KRIEGER, ESQ. (NBN: 9086)
*JPMorgan Chase Bank, N.A.*    HAINES & KRIEGER, LLC

17      8985 S. Eastern Avenue, Suite 350

18      Henderson, NV 89123

19      MATTHEW I. KNEPPER, ESQ. (NBN: 12796)
    MILES N. CLARK, ESQ. (NBN: 13848)

20      KNEPPER & CLARK LLC
    10040 W. Cheyenne Avenue, Suite 170-109

21      Las Vegas, NV 89129

22      *Counsel for Plaintiff*
    *Roshonda Mayfield*

23

24

25      **IT IS SO ORDERED** this __26th__ day of March, 2018.

26

27      _____
    RICHARD F. BOULWARE, II

28      United States District Court

*CHI 69069184v1*

Greenberg Traurig, LLP
Suite 400 North, 3773 Howard Hughes Parkway
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of March, 2018, a true and correct copy of the foregoing **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT JPMORGAN CHASE BANK, N.A. TO FILE A REPLY IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S COMPLAINT [FIRST REQUEST]** was filed electronically via the Court's CM/ECF system.  Notice of filing will be served on all parties by operation of the Court's CM/ECF system, and parties may access this filing through the Court's CM/ECF system.


*/s/ Shayna Noyce*
An employee of Greenberg Traurig, LLP

CHI 69069184v1