Matthew I Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperlcark.com

Sean N. Payne, Esq.
Nevada Bar No. 13216
PAYNE LAW FIRM LLC
9550 S. Eastern Ave., Suite 253-A213
Las Vegas, NV 89123
Phone: (702) 952-2733
FAX: (702) 462-7227
Email: seanpayne@spaynelaw.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ROSHONDA MAYFIELD,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK, N.A.; JPMORGAN CHASE BANK, N.A.; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; and TRANS UNION, LLC,<br><br>Defendants. | Case No. 2:17-cv-03097-RFB-PAL<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC** |

**NOTICE IS HERBY GIVEN** that the dispute between Roshonda Mayfield ("Plaintiff") and Defendant Trans Union, LLC ("Trans Union") has been resolved on an individual basis. The parties anticipate filing a Stipulation for Dismissal of the Action as to the named Plaintiff's claims against Trans Union, with Prejudice, within sixty (60) days. Plaintiff requests that all pending dates and filing requirements as to Trans Union be vacated, and that the Court set a deadline sixty days (60) from present for filing a Dismissal as to Trans Union.

DATED: April 17, 2018

Respectfully submitted,

*/s/ Sean N. Payne* \_\_\_\_\_
Sean N. Payne, Esq.
Nevada Bar No. 13216
PAYNE LAW FIRM LLC
9550 S. Eastern Ave., Suite 253-A213
Las Vegas, NV 89123

Matthew I Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123

*Attorneys for Plaintiff*

**IT IS ORDERED** that the settling parties shall have until **June 18, 2018** to either file a stipulation to dismiss with prejudice, or a joint status report advising when the joint status report will be filed.

Dated: April 19, 2018

_____
Peggy A. Leen
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2018, and pursuant to the Federal Rules of Civil Procedure, a true and correct copy of the foregoing **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC** was served via the U.S. District Court's electronic filing system to all parties appearing in this case.

       /s/ Sean N. Payne
       An Employee of Payne Law Firm LLC