Matthew I Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperlcark.com

Sean N. Payne, Esq.
Nevada Bar No. 13216
PAYNE LAW FIRM LLC
9550 S. Eastern Ave., Suite 253-A213
Las Vegas, NV 89123
Phone: (702) 952-2733
FAX: (702) 462-7227
Email: seanpayne@spaynelaw.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ROSHONDA MAYFIELD,<br><br>Plaintiff,<br>v.<br><br>CAPITAL ONE BANK, N.A.; JPMORGAN CHASE BANK, N.A.; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; and TRANS UNION, LLC,<br><br>Defendants. | Case No. 2:17-cv-03097-RFB-PAL<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

**NOTICE IS HERBY GIVEN** that the dispute between Roshonda Mayfield ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") has been resolved on an individual basis. The parties anticipate filing a Stipulation for Dismissal of the Action as to the named Plaintiff's claims against Experian, with Prejudice, within sixty (60) days. Plaintiff requests that all pending dates and filing requirements as to Experian be vacated, and that the Court set a deadline sixty days (60) from present for filing a Dismissal as to Experian.

DATED: April 23, 2018

                        Respectfully submitted,

                        */s/ Sean N. Payne*
                        Sean N. Payne, Esq.
                        Nevada Bar No. 13216
                        PAYNE LAW FIRM LLC
                        9550 S. Eastern Ave., Suite 253-A213
                        Las Vegas, NV 89123

                        Matthew I Knepper, Esq.
                        Nevada Bar No. 12796
                        Miles N. Clark, Esq.
                        Nevada Bar No. 13848
                        KNEPPER & CLARK LLC
                        10040 W. Cheyenne Ave., Suite 170-109
                        Las Vegas, NV 89129

                        David H. Krieger, Esq.
                        Nevada Bar No. 9086
                        HAINES & KRIEGER, LLC
                        8985 S. Eastern Ave., Suite 350
                        Henderson, NV 89123

                        *Attorneys for Plaintiff*

**IT IS ORDERED** that the settling parties shall file either a stipulation to dismiss with prejudice, or a joint status report advising when the stipulation to dismiss with prejudice will be filed.

Dated: April 24, 2018

                                                       Peggy A. Leen
                                                       United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2018, and pursuant to the Federal Rules of Civil Procedure, a true and correct copy of the foregoing **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** was served via the U.S. District Court's electronic filing system to all parties appearing in this case.

    /s/ Sean N. Payne
    An Employee of Payne Law Firm LLC