Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Sean N. Payne, Esq.
Nevada Bar No. 13216
PAYNE LAW FIRM LLC
9550 S. Eastern Ave., Suite 253-A213
Las Vegas, NV 89123
Phone: (702) 952-2733
FAX: (702) 462-7227
Email: seanpayne@spaynelaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ROSHONDA MAYFIELD,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>CAPITAL ONE BANK, N.A.; JPMORGAN CHASE BANK, N.A.; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; and TRANS UNION, LLC,<br><br>　　　　　Defendants. | Case No. 2:17-cv-03097-RFB-PAL<br><br>**STIPULATION OF DISMISSAL OF DEFENDANTS EQUIFAX INFORMATION SERVICES, LLC PURSUANT TO FRCP 41(A)(1)(A)(II)** |

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), |
| 2 | the parties hereby stipulate to the dismissal of Plaintiff Roshonda Mayfield's claims against |
| 3 | Defendant Equifax Information Services, LLC from the above captioned action, with prejudice. |
| 4 | Each party will bear their own fees and costs. |

IT IS SO STIPULATED,

Dated June 1, 2018

| | |
|---|---|
| */s/ Sean N. Payne*<br>Sean N. Payne, Esq.<br>Nevada Bar No. 13216<br>PAYNE LAW FIRM LLC<br><br>Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>KNEPPER & CLARK LLC<br><br>David H. Krieger, Esq.<br>HAINES & KRIEGER, LLC<br>*Attorneys for Plaintiff* | */s/ Jason G. Revzin*<br>Jason G. Revzin, Esq.<br>Nevada Bar No. 8629<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br><br>*Attorneys for Defendant*<br>*Trans Union LLC* |
| /s/ *Jacob D. Bundick*<br>Jacob D. Bundick<br>Nevada Bar No. 9772<br>GREENBERG TRAURIG, LLP<br>3773 Howard Hughes Parkway, Suite 400N<br>Las Vegas, NV 89169<br><br>*Attorneys for Defendant JPMorgan Chase Bank, N.A.* | */s/ Bradley T. Austin*<br>Bradley T. Austin, Esq.<br>Nevada Bar No. 13064<br>SNELL & WILMER LLP<br><br>*Attorneys for Defendant*<br>*Equifax Information Services LLC* |

## ORDER

**IT IS SO ORDERED.**

DATED: June 4, 2018.

_____
RICHARD F. BOULWARE, II
United States District Court