JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: bundickj@gtlaw.com

*Counsel for Defendant*
*JPMorgan Chase Bank, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROSHONDA MAYFIELD,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK, N.A.; JPMORGAN CHASE BANK, N.A.; EXPERIAN INFORMATION SOLUTIONS, INC; EQUIFAX INFORMATION SERVICES, LLC; and TRANS UNION, LLC,<br><br>Defendants. | Case No.: 2:17-cv-03097-RFB-PAL<br><br>**STIPULATION AND ORDER SETTING DEADLINE FOR DEFENDANT JPMORGAN CHASE BANK, N.A. TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S FIRST SUPPLEMENTAL COMPLAINT**<br><br>**[FIRST REQUEST]** |

Defendant, JPMorgan Chase Bank, N.A. ("JPMC"), by and through its undersigned counsel of record, and Plaintiff, Roshonda Mayfield ("Plaintiff"), by and through her undersigned counsel of record, hereby stipulate and agree as follows:

1. On June 6, 2018, Plaintiff's First Supplemental Complaint for Damages Pursuant to the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq. was filed ("First Supplemental Complaint") [ECF No. 59].

2. Pursuant to Rule 15(d) of the Federal Rules of Civil Procedure, the Court "may order that the opposing party plead to the [First Supplemental Complaint] within a specified time."

Page 1

Greenberg Traurig, LLP
Suite 400 North, 3773 Howard Hughes Parkway
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)

3. Plaintiff and JPMC have stipulated to allow JPMC through and including **July 10, 2018** to answer, respond, or otherwise plead to Plaintiff's First Supplemental Complaint.

THEREFORE, and for good cause shown, the parties respectfully request that JPMC be allowed through and including **July 10, 2018** to file an answer, respond, or otherwise plead to Plaintiff's First Supplemental Complaint.

IT IS SO STIPULATED.

DATED this 20th day of June, 2018.

GREENBERG TRAURIG, LLP

*/s/ Jacob D. Bundick, Esq.*
JACOB D. BUNDICK, ESQ. (NBN: 9772)
3773 Howard Hughes Parkway, Suite 400N
Las Vegas, NV 89169

*Counsel for Defendant*
*JPMorgan Chase Bank, N.A.*

DATED this 20th day of June, 2018.

PAYNE LAW FIRM LLC

*/s/ Sean N. Payne, Esq.*
SEAN N. PAYNE, ESQ. (NBN: 13216)
9550 S. Eastern Avenue, Suite 253-A213
Las Vegas, NV 89123

DAVID H. KRIEGER, ESQ. (NBN: 9086)
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123

MATTHEW I. KNEPPER, ESQ. (NBN: 12796)
MILES N. CLARK, ESQ. (NBN: 13848)
KNEPPER & CLARK LLC
10040 W. Cheyenne Avenue, Suite 170-109
Las Vegas, NV 89129

*Counsel for Plaintiff*
*Roshonda Mayfield*

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE /**
**UNITED STATES MAGISTRATE JUDGE**

DATED: June 21, 2018

Page 2

CHI 69326580v2

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of June, 2018, a true and correct copy of the foregoing **STIPULATION AND ORDER SETTING DEADLINE FOR DEFENDANT JPMORGAN CHASE BANK, N.A. TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S FIRST SUPPLEMENTAL COMPLAINT [FIRST REQUEST]** was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties by operation of the Court's CM/ECF system, and parties may access this filing through the Court's CM/ECF system.

*/s/ Shayna Noyce*
An employee of Greenberg Traurig, LLP

CHI 69326580v2