Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Sean N. Payne, Esq.
Nevada Bar No. 13216
PAYNE LAW FIRM LLC
9550 S. Eastern Ave., Suite 253-A213
Las Vegas, NV 89123
Phone: (702) 952-2733
FAX: (702) 462-7227
Email: seanpayne@spaynelaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ROSHONDA MAYFIELD, | Case No. 2:17-cv-03097-RFB-PAL |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S PARTIAL MOTION TO DISMISS AS TO SECOND CAUSE OF ACTION IN FIRST SUPPLEMENTAL COMPLAINT** |
| v. | |
| JPMORGAN CHASE BANK, N.A., | |
| Defendant. | **(FIRST REQUEST)** |

1

Plaintiff Roshonda Mayfield ("Plaintiffs"), by and through her undersigned counsel, and Defendant JPMorgan Chase Bank, N.A. ("JPMC"), by and through its undersigned counsel, hereby stipulate and agree as follows:

1. On June 6, 2018, Plaintiff filed her First Supplemental Complaint for Damages Pursuant to the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq. ("First Supplemental Complaint"). (ECF No. 59).

2. On June 29, 2018, the Court entered a Minute Order construing the First Supplemental Complaint as an Amended Complaint, and as a result, denied JPMC's prior Motion to Dismiss (ECF No. 19) without prejudice. (ECF No. 63)

3. On July 20, 2018, JPMC filed its Partial Motion to Dismiss as to Second Cause of Action in First Supplemental Complaint ("Partial MTD"). (ECF No. 64).

4. Plaintiff's current deadline to respond is August 3, 2018.

5. Plaintiff and JPMC have stipulated to allow Plaintiff through and including **August 10, 2018** to file her response, if any, to JPMC's Partial MTD. The parties have continued to engage in substantive settlement negotiations, and are working together in good faith to resolve discovery issues related to the First Supplemental Complaint.[1]

//
//
//
//
//
//

---

[1] On July 23, 2018, the parties filed a Stipulation and Order to Extend Discovery Deadlines in light of the First Supplemental Complaint which is awaiting a ruling from the Court. (ECF No. 65).

This is first request for an extension of this deadline, and for good cause shown, the parties respectfully request that Plaintiff be allowed through and including **August 10, 2018** to file her response, if any, to JPMC's Partial MTD.

IT IS SO STIPULATED.

Dated August 2, 2018

| /s/ Sean N. Payne<br>Sean N. Payne, Esq.<br>Nevada Bar No. 13216<br>PAYNE LAW FIRM LLC<br><br>Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>KNEPPER & CLARK LLC<br><br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>*Attorneys for Plaintiff* | /s/ Jacob D. Bundick<br>Jacob D. Bundick<br>Nevada Bar No. 9772<br>GREENBERG TRAURIG, LLP<br><br>*Attorneys for Defendant JPMorgan Chase Bank, N.A.* |
|---|---|

**ORDER**

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Court

Dated: August 3, 2018.

3