Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Sean N. Payne, Esq.
Nevada Bar No. 13216
PAYNE LAW FIRM LLC
9550 S. Eastern Ave., Suite 253-A213
Las Vegas, NV 89123
Phone: (702) 952-2733
FAX: (702) 462-7227
Email: seanpayne@spaynelaw.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ROSHONDA MAYFIELD,<br><br>Plaintiffs,<br><br>v.<br><br>CAPITAL ONE BANK, N.A.; JPMORGAN CHASE BANK, N.A.; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; and TRANS UNION, LLC,<br><br>Defendants. | Case No. 2:17-cv-03097-RFB-PAL<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT JPMORGAN CHASE BANK, N.A. PURSUANT TO FRCP 41(A)(1)(A)(II)** |

| 1 | PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), |
|---|---|

the parties hereby stipulate to the dismissal of Plaintiff Roshonda Mayfield's claims against Defendant JPMorgan Chase Bank, N.A. from the above captioned action, with prejudice. Each party will bear their own fees and costs.

IT IS SO STIPULATED,

Dated November 7, 2018

| /s/ Sean N. Payne | /s/ Jacob D. Bundick |
|---|---|
| Sean N. Payne, Esq. | Jacob D. Bundick |
| Nevada Bar No. 13216 | Nevada Bar No. 9772 |
| PAYNE LAW FIRM LLC | GREENBERG TRAURIG, LLP |
| | 3773 Howard Hughes Parkway, Suite 400N |
| Matthew I. Knepper, Esq. | Las Vegas, NV 89169 |
| Nevada Bar No. 12796 | |
| Miles N. Clark, Esq. | *Attorneys for Defendant JPMorgan* |
| Nevada Bar No. 13848 | *Chase Bank, N.A.* |
| KNEPPER & CLARK LLC | |
| | |
| David H. Krieger, Esq. | |
| HAINES & KRIEGER, LLC | |
| *Attorneys for Plaintiff* | |

**ORDER**

**IT IS SO ORDERED.**

DATED: November 8, 2018

_____
RICHARD F. BOULWARE, II
United States District Judge